JUL 3 1 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael K. Ciacci, )
)
      Plaintiff, )
)
v. ) Civil Action No. **12 1264**
)
Attorney General Eric Holder *et al.*, )
)
      Defendants. )

MEMORANDUM

This matter is before the Court on its initial review of plaintiff's complaint and the accompanying application to proceed *in forma pauperis*. Plaintiff is a pretrial detainee at the District of Columbia Jail claiming that his custody is unconstitutional. The events giving rise to this action are substantially the same as those underlying plaintiff's complaint that was dismissed on June 22, 2012, under the *Younger* abstention doctrine. See *Ciacci v. Hogan*, Civ. No. 12-1031 (UNA) (D.D.C. Jun. 22, 2012) ("*Ciacci 1*"). Other than District Judge Thomas Hogan, who is named as a defendant in both actions, plaintiff has simply named different defendants. For the reasons stated in the Memorandum Opinion accompanying the dismissal order in *Ciacci 1*, ECF No. 3, this case will be dismissed. A separate Order accompanies this Memorandum.

DATE: July 20, 2012        United States District Judge